# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICKEY CASTILLO,

    Plaintiff,

v.

ALL JANE/JOHN DOES,
Staff/Supervisors from the Pennsylvania
Superior Court Clerk of Court Staff, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-15-909

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 17th day of December, 2015, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc.4) is **ADOPTED in its entirety**;

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**;

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge